UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
10-28-09
OCT 28 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

TAHAWWUR HUSSAIN RANA

**AMENDED CRIMINAL COMPLAINT**

CASE NUMBER:  09 CR 849

**MAGISTRATE JUDGE NOLAN**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

Count One – Conspiracy to Provide Material Support
Beginning no later than in or about late 2008 and continuing until in or about October 2009, at Chicago, in the Northern District of Illinois and elsewhere, defendant TAHAWWUR HUSSAIN RANA conspired with others, including David C. Headley, to provide material support and resources, and to conceal and disguise the nature, location, source and ownership of such material support and resources, knowing and intending that they were to be used in preparation for, and in carrying out a conspiracy to commit acts outside the United States that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 956; all in violation of Title 18, United States Code, Section 2339A.

Count Two – Providing Material Support
Beginning no later than in or about late 2008 and continuing until in or about October 2009, at Chicago, in the Northern District of Illinois, defendant TAHAWWUR HUSSAIN RANA provided material support and resources, and concealed and disguised the nature, location, source and ownership of such material support and resources, namely, personnel, knowing and intending that his support was to be used in preparation for, and in carrying out, a conspiracy to commit acts outside the United States that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 956; all in violation of Title 18, United States Code, Section 2339A; and

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

X _____
Signature of Complainant
LORENZO BENEDICT
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

October 28, 2009
Date

at Chicago, Illinois
City and State

NAN R. NOLAN, U.S. Magistrate Judge
Name & Title of Judicial Officer

Nan R. Nolan
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AMENDED CRIMINAL COMPLAINT

I, Special Agent Lorenzo Benedict, having been duly sworn, state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so

employed since September 2004.  I am currently assigned to conduct counter-terrorism

investigations and have served in this position since March 2005.  While working as a

Special Agent, I have directed or otherwise been involved in investigating violations of

federal law.  I have completed FBI training in the investigation of counter-terrorism

matters.  As a result of my training and experience, I am familiar with the tactics,

methods and techniques of terrorist networks and their members.

2.    I submit that on the basis of the facts set forth in this affidavit, there is probable cause to

believe that:

Count One – Conspiracy to Provide Material Support

a.    beginning no later than in or about late 2008 and continuing until in or about
October 2009, at Chicago, in the Northern District of Illinois and elsewhere,
defendant TAHAWWUR HUSSAIN RANA conspired with others, including
David C. Headley, to provide material support and resources, and to conceal and
disguise the nature, location, source and ownership of such material support and
resources, knowing and intending that they were to be used in preparation for, and
in carrying out, a conspiracy to commit acts outside the United States that would
constitute the offenses of murder and maiming if committed in the special
maritime and territorial jurisdiction of the United States, in violation of Title 18,
United States Code, Section 956; all in violation of Title 18, United States Code,
Section 2339A;

Count Two – Providing Material Support

b.    beginning no later than in or about late 2008 and continuing until in or about
October 2009, at Chicago, in the Northern District of Illinois, defendant
TAHAWWUR HUSSAIN RANA provided material support and resources, and
concealed and disguised the nature, location, source and ownership of such
material support and resources, namely, personnel, knowing and intending that his

support was to be used in preparation for, and in carrying out, a conspiracy to commit acts outside the United States that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 956; all in violation of Title 18, United States Code, Section 2339A; and

3.      This affidavit is based on my personal knowledge, on my review of records and other materials obtained during the course of this investigation, including recorded telephone conversations and emails, as well as information provided to me by other investigators during the course of this investigation. Searches and surveillance have been conducted pursuant to lawful court orders. Because this affidavit is for the limited purpose of setting forth facts sufficient to establish probable cause, this affidavit does not include all of the pertinent facts that I have learned in the course of this investigation.

4.      This affidavit summarizes the contents of certain recorded conversations. Most of these recorded conversations were in the Urdu language. While translators have attempted to transcribe the foreign language conversations accurately, to the extent that quotations from these communications are included, these are preliminary, not final translations. Voice identifications for the calls are preliminary. In most instances, voice identifications are based on names used during the recorded conversations, voice recognition that has been accomplished to date by investigators, historical information developed during this investigation, toll records, physical surveillance and subscriber information.

5.      This affidavit also includes descriptions of the contents of email communications, some of which were partially in the Urdu language. While translators have attempted to transcribe the foreign language portions of emails accurately, to the extent that quotations from these emails are included, these are preliminary, not final translations. Quotations

2

from English language emails in this affidavit are as they appeared when they were sent

or received, including typographical and other errors.  Based on my training and

experience, my consultation with translators, and the context of this investigation, I have

included brackets where appropriate to explain my understanding of the recorded

conversations and emails, including the coded language and terms used.  The summaries

below do not include all potentially criminal conversations that have occurred during this

investigation or all statements or topics covered during the course of the conversations

described below.

### Summary

6.     As further set forth in this Affidavit, the evidence gathered to date by the government's

investigation establishes probable cause to believe that RANA participated in a

conspiracy with David C. Headley ("Headley") to provide material support and resources,

and to conceal and disguise the nature, location, source and ownership of such material

support and resources, knowing and intending that they were to be used in preparation

for, and in carrying out, a conspiracy to commit terrorist acts involving murder and

maiming outside the United States.  Among other things, Headley conducted extensive

surveillance for the purpose of facilitating terrorist attacks, working in coordination with:

an individual identified herein as "Individual B;" an individual identified herein as

Lashkar-e-Taiba Member A (a member of Lashkar-e-Taiba, a Pakistani-based terrorist

organization); Ilyas Kashmiri (a leader of Harakat-ul Jihad Islami ("HUJI"), another

Pakistani-based terrorist organization); and others.  RANA, who operated an immigration

services business with offices in Chicago and elsewhere for which Headley at times

3

claimed to work, among other things helped arrange and conceal Headley's travels to surveil potential targets for terrorist attacks and meet with others involved in planning acts of terrorism, discussed targets for terrorist attacks with Headley, and helped to conceal the nature and purposes of Headley's travels.

7.  Beginning in late 2008, Headley corresponded with Individual B and Lashkar-e-Taiba Member A regarding what they referred to in coded communications as the "Mickey Mouse Project," "mmp," and "the northern project," which involved planning for one or more attacks directed at facilities and employees of the *Morgenavisen Jyllands-Posten* ("*Jyllands-Posten*"), a Danish newspaper which in 2005 published cartoons depicting the Prophet Muhammed, to which many Muslims took great offense. Individual B is associated with, among other entities, the Lashkar-e-Taiba terrorist organization and with Ilyas Kashmiri, a leader of Harakat-ul Jihad Islami ("HUJI"), another Pakistani-based terrorist organization. Headley and Individual B communicated with associates, including Kashmiri and Lashkar-e-Taiba Member A, regarding the planned attack. In October 2008, Headley had posted a message to an internet discussion group – to which RANA also belonged – stating, with respect to the Danish cartoonists and others he identified as "making fun of Islam," that "I feel disposed towards violence for the offending parties."

8.  In January 2009, after extensive correspondence with Individual B regarding the Mickey Mouse Project, in the course of which Individual B urged Headley to "try to go as early as possible to MMP," Headley traveled to Copenhagen, Denmark, but only after advising Individual B that he need to consult with RANA first. RANA arranged portions of

4

Headley's travel. During that trip, Headley visited two different offices of the *Jyllands-Posten* – in Copenhagen and in Arhus, Denmark. As cover for his visits to the *Jyllands-Posten* offices, Headley falsely represented that he was visiting on behalf of RANA's immigration services business, First World Immigration Services ("First World"); that First World was considering opening up offices in Denmark; and that he was interested in advertising the business in the *Jyllands-Posten*. While in Denmark, Headley instructed RANA to be alert for email from a *Jyllands-Posten* sales representative, and to ask First World's Toronto and New York offices to "remember me," in case a representative of the *Jyllands-Posten* called. To further the cover story of Headley, RANA, while in Chicago, replied to an email from the newspaper staff pretending to be Headley, who was overseas.

9.     After visiting Denmark in January 2009, Headley traveled to Pakistan to meet with Individual B. During this trip, he traveled with Individual B to the Federally Administered Tribal Area (FATA) region in northwestern Pakistan and met with Kashmiri. Headley returned to Chicago in mid-June 2009. During his trip to Pakistan, Headley sent his will to RANA; RANA responded by sending a coded message to establish a new email account.

10.    Following Headley's return from Pakistan, Headley communicated by email with Lashkar-e-Taiba Member A regarding the status of the Northern Project. Because Lashkar-e-Taiba Member A responded that he had "new investment plans," coded language for the planning of a different attack, Headley and Individual B began to focus on working with Kashmiri to complete the attack on the newspaper.

5

11.     In late July 2009, Headley traveled again to Copenhagen, Denmark, and to other locations

in Europe. RANA again arranged portions of Headley's travel. When Headley returned

to the United States, he told a Customs and Border Patrol inspector that he was traveling

on business as a representative of RANA's business, First World Immigration. Headley's

luggage contained no papers or other documents relating to First World.

12.     Following Headley's return to Chicago in August 2009, Headley used coded language to

inquire of Individual B on multiple occasions regarding whether Individual B had been in

touch with Kashmiri regarding planning for the attack. Headley expressed concern that

Individual B's communications with Kashmiri had been cut off. Headley kept RANA

apprised of the developments concerning the lack of communication with Kashmiri.

13.     In early September 2009, Headley and RANA took a lengthy car ride during which they

discussed, among other things, the general activities of Individual B, Lashkar-e-Taiba,

and Kashmiri, including past terrorist acts, and Headley discussed with RANA five

actions involving targets, including "Denmark."

14.     In early September 2009, Individual B called Headley to report that Kashmiri might be

dead. Headley expressed dismay and concern, and said that Kashmiri's death means "our

company has gone into bankruptcy then," and that "the projects and so forth will go into

suspension." Shortly after initial press reports that Kashmiri had been killed in a drone

attack in Pakistan, Headley and Individual B had a series of coded conversations in which

they discussed the reports of Kashmiri's death and the significance of Kashmiri's death

for the projects they were planning. Individual B sought to reassure and encourage

Headley, telling him, among other things, that "[t]his is business sir; these types of things

6

happen." Headley kept RANA apprised of reports of Kashmiri's death and advised

Individual B that RANA was very upset at Kashmiri's death.

15.    On or about September 17, 2009, Headley discussed with Individual B the need, in light

of Kashmiri's reported death, to turn back to Lashkar-e-Taiba Member A and another

individual, to complete the planning for the attack on the newspaper.

16.    On or about September 20, 2009, Headley told an associate in Pakistan in a recorded

telephone conversation words to the effect that he had spoken to RANA and they agreed

that "business must go on." Headley stated words to the effect that it does not matter for

whom he works.

17.    On or about September 25, 2009, RANA attempted to facilitate Headley's travel to

Pakistan for a meeting with Individual B to conduct further planning of the attack. As

described in paragraph 107, RANA spoke by telephone with, and made false and

misleading representations to, the Consul General at the Pakistani Consulate in Chicago

in an effort to obtain a visa for Headley, whose true identify RANA attempted to conceal

from the Consul General.

18.    On or about September 30, 2009, Headley was told by Individual B that Kashmiri was

still alive. When Headley asked whether he would meet Kashmiri on his trip, Individual

B advised that Kashmiri had been asking about Headley.

19.    Headley stated in recorded communications that he intended to travel to Pakistan in early

October 2009 to meet with Individual B and Kashmiri. Headley had a reservation to fly

from Chicago, Illinois to Philadelphia, Pennsylvania on October 3, 2009 and indicated in

recorded communications that he intended to travel on to Pakistan.

20.     Headley was arrested by FBI agents on October 3, 2009 as he prepared to board a flight

from Chicago to Philadelphia.  During a search of the luggage of Headley, a memory

stick was recovered that contained approximately thirteen videos of Copenhagen,

Denmark, including video focused on the Jyllands-Posten building as well as video of a

nearby Danish military barracks, and a map of Copenhagen.

### Relevant Individuals

*Tahawwur Hussain Rana*

21.     Defendant TAHAWWUR HUSSAIN RANA was born in Pakistan and is now a Canadian

citizen who primarily resides in Chicago, Illinois.  RANA, who has received medical

training, is the owner of several businesses, including First World Immigration Services,

which has offices in Chicago, New York, and Canada.  RANA also owns a farm in

Kinsman, Illinois, which is used to provide halal meat for Muslim customers, as well as a

grocery store in Chicago.  Postings to a Yahoo group for graduates of a military school

located in the Pakistani town of Hasan Abdal (a group that refers to itself as "abdalians"),

reflect that both Headley and RANA have participated in the group and referred to their

attendance at that school.

*David C. Headley*

22.     Headley at times has claimed to be a consultant with or representative of First World

Immigration Services, a company owned and operated by RANA.  Surveillance of

Headley's activities, as well as Headley's phone conversations and email exchanges,

reflect that Headley performs few services for First World.  Headley has no known or

reported employment other than with First World.  His residence in Chicago is an

8

apartment leased to an individual who is deceased. Notwithstanding his apparent lack of

financial resources and substantial employment, Headley has engaged in extensive

international travel since the second half of 2008, including multiple trips to Pakistan and

various countries in Europe. Records reflecting the locations of internet protocol

addresses used by Headley to send emails indicate that Headley has spent substantial time

in Pakistan and elsewhere during the last several years – often for months at a time.

### Individual B

23.    Emails between Headley and third parties reflect that Individual B was arrested by

Pakistani authorities in Summer 2009 and later released. As noted above, Individual B is

associated with the Lashkar-e-Taiba terrorist organization, and with Ilyas Kashmiri, a

leader of Harakat-ul-Jihad-Islami ("HUJI"), a Pakistani-based terrorist organization,

among other entities.

### Lashkar-e-Taiba Member A

24.    Lashkar-e-Taiba has been designated by the United States Department of State as a

Foreign Terrorist Organization since 2001. Based in Pakistan, Lashkar-e-Taiba has

claimed responsibility for numerous terrorist attacks, principally in India. Lashkar-e-

Taiba Member A, whose identity is known to the government, is an individual with

substantial influence and responsibility within Lashkar-e-Taiba.

### Ilyas Kashmiri

25.    International news media reports have identified Kashmiri as the operational chief of the

Azad Kashmir section of Harakat-ul-Jihad-Islami ("HUJI") with links to al Qaeda. In

April 2006, the United States Department of State issued the 2006 "Country Reports on

Terrorism," which listed a number of designated "foreign terrorist organizations" and also listed "other selected terrorist groups also deemed to be of relevance to the global war on terrorism." HUJI was listed in the latter category. The report noted the group's "links to al Qaeda," and that "HUJI's operations in Kashmir were led by Commander Ilyas Kashmiri, a former commander in the Afghan jihad, . . . . [who] was arrested in October [2005] on charges of attacks against President Musharraf in 2003." In September 2009, international news media reported that Kashmiri had been killed in a drone attack in the Waziristan region of Pakistan. In October 2009, Kashmiri issued a statement indicating that he was alive and that he was working with al Qaeda.

26.    On September 18, 2009, Headley forwarded by email to RANA a news article concerning Kashmiri's death. The article was entitled "Pakistani Kashmiri militants now fighting NATO forces," and contained a number of details relating to Kashmiri, including the following:

      a.      Kashmiri was the ameer [leader] of the Azad Kashmir chapter of HUJI;

      b.      Kashmiri was considered to be one of the most dangerous al Qaeda-linked Pakistani commanders;

      c.      Kashmiri was no. 4 on the Pakistani Ministry of Interior's Most Wanted List;

      d.      Kashmiri had established a training camp in the Razmak region of Waziristan;

      e.      Kashmiri was named in a 12-page charge sheet filed by the Islamabad police in an anti-terrorism court for his role in the November 2008 murder of retired Major General Amir Faisal Alvi, the former General Officer Commanding of the Pakistan Army's Special Services Group. The charge sheet identified three people in the Alvi murder, including retired Major

Haroon Ashiq, and alleged that the murder was carried out on the instructions of Kashmiri, who also had provided funds and weapons; and

f.      Kashmiri also was named in a charge sheet relating to the October 2008 kidnaping of a renowned film producer and distributor. Major Haroon Ashiq was one of the kidnapers.

This same article reported that, following his arrest, Major Haroon Ashiq had told interrogators that Haroon, along with his younger brother Captain Khurram, had "joined hands" with Kashmiri in early 2008. The article stated that, according to Haroon, Kashmiri had tasked Haroon with kidnaping affluent people living in urban areas in order to raise money for Kashmiri's group.

27.    When Headley forwarded the above-described news article to RANA, Headley described the subject of the article as "Major Haroon (Hafiza hullahu)." The latter phrase translates to "May Allah protect him." Further, a review of contacts with phone numbers in one of Headley's multiple email accounts reveals an entry for "Haroon" with a Pakistani phone number.

28.    On or about September 19, 2009, Headley spoke by telephone to an associate in Pakistan and, using coded language, brought up the subject of Kashmiri's reported death. Headley asked the associate if the associate had learned anything about "doctor," and stated words to the effect of: ""[h]e was you Pir Sahib [spiritual guide], where I and you went, we went to Samanabad and we did Baiat [an oath of allegiance]." After the associate responded, "[y]es sir, absolutely, absolutely," Headley continued "he just had a heart attack . . . it has made me very sad." Based on my review of Headley's communications concerning

11

Kashmiri's death, I believe that the "heart attack" reference to be a coded reference to the reported fact that Kashmiri had been killed.

29.     In the same conversation of September 19, 2009, Headley continued to discuss Kashmiri, noting the press coverage following his reported death. Headley stated words to the effect of: "now many other great things about him have come to surface, his supernatural powers and miracles, from his followers and others, yeah, they have also printed a small paper about him and many other things."

### **Methods of Communication**

30.     Headley, RANA, Individual B and Lashkar-e-Taiba Member A have used several methods of communication, including in-person meetings, telephone conversations (including calls placed using long distance calling cards) and emails. Headley, in particular, utilized a cell phone, the account for which is the name of a deceased individual. In nearly all of their communications, Headley, RANA, Individual B and Lashkar-e-Taiba Member A have used coded language. As discussed below, in addition to "Mickey Mouse Project," the co-conspirators have referred to this plot, as well as discussions of other targets, as "investments," "projects," "business," "action" and other like terms, and have described theirs hopes for success both in terms of receiving religious awards, as well as getting "rich," "richer," and making "profit."

31.     Since the beginning of 2008, Headley and RANA have communicated through the use of multiple email accounts. As discussed throughout this affidavit, Headley, RANA, Individual B and Lashkar-e-Taiba Member A have frequently used coded language and changed their methods of communications in order to conceal the nature and content of

their communications. For example, on or about March 4, 2009, after acknowledging

receipt of an email from Headley, RANA sent a response with the following pertinent

content:

> One of my brothers in Brigadier **Mov**adat Hussain Rana and the other is Sibte
> Hassan Rana **monie**. They are in Rawalpindi. I really admire emails making it
> instant half mulaquat especially **yahoo** as it seems superior to hotmail. Talk to
> you later.

(Emphasis supplied.) Records reveal that the email account "mov.monie@yahoo" was

created on or about March 6, 2009, at a particular internet protocol address, the user of

which was located at the Chicago business address of First World Immigration. That

same day, Headley accessed the mov.monie@yahoo account from an internet protocol

address in the United Arab Emirates, and sent an email from mov.monie@yahoo to

RANA at his personal email address, asking RANA to contact Individual B.

32.    Further, on or about August 28, 2009, in a recorded telephone conversation between

Headley and Individual B, Headley spoke in coded language to describe a new account

that Headley had created for their continued communications. More specifically, after

informing Individual B that he had formed an account on the "same system," Headley

instructed him to write his colleague's name and his younger brother's name and write the

names without spaces and write 1 with it. On or about August 25, 2009, Headley created

such an account with a name blending two first names.

33.    On or about October 3, 2009, as Headley was preparing to travel to Pakistan, Headley

spoke to RANA in a conversation that was recorded. Headley asked RANA to create an

email account using the Gmail service with the user name "liaqatwing11." Headley

instructed RANA to change the email account name after using it two or three times, and

gave him directions for changing the name. Headley stated that the "liaqatwing" portion

of the name would remain, but that the number 11 would change, and that to determine

the second number, RANA should start by multiplying by two and subtracting two.

Headley explained that the number used to multiply 11 would increase by one with each

new account. Headley provided an example, and RANA worked the math out loud for

determining several numbers.

### The Danish Cartoons

34.    On or about September 30, 2005, the Danish daily newspaper *Jyllands-Posten* published

an article entitled "Muhammeds ansigt" ("The face of Muhammed"). The article

consisted of twelve cartoons, some of which depicted Muhammed, and an explanatory

text. The cultural editor for the *Jyllands-Posten* wrote:

> The modern, secular society is rejected by some Muslims. They demand a special
> position, insisting on special consideration of their own religious feelings. It is
> incompatible with contemporary democracy and freedom of speech, where one
> must be ready to put up with insults, mockery and ridicule. It is certainly not
> always attractive and nice to look at, and it does not mean that religious feelings
> should be made fun of at any price, but that is of minor importance in the present
> context. ... we are on our way to a slippery slope where no-one can tell how the
> self-censorship will end. That is why Morgenavisen Jyllands-Posten has invited
> members of the Danish editorial cartoonists union to draw Muhammed as they see
> him.

35.    The publication of the cartoons caused significant controversy in the Muslim community.

Many Muslims took great offense to depictions of the Prophet Muhammed.

14

36.     On or about October 29, 2008, Headley posted a message to the Yahoo group called

"abdalians" to which RANA also belonged[1]:

> Everything is not a joke [identified individual being addressed by Headley].  We
> are not rehearsing a skit on Saturday Night Live.  Making fun of Islam is making
> fun of Rasoosallah SAW [Messenger of Allah, Peace be on Him], . . . **call me
> old-fashioned but I feel disposed towards violence for the offending parties,
> be they cartoonists from Denmark** or Sherry Jones (Author of Jewel of Medina)
> or Irshad Manji (Liberal Muslim trying to make lesbianism acceptable in Islam,
> amongst other things) . . . **They never started debates with folks who
> slandered our Prophet, they took violent action.**  Even if God doesn't give us
> the opportunity to bring our intentions to fruition, we will claim ajr [a religious
> award] for it . . .

(Emphasis supplied).


### The Mickey Mouse Project

37.     Records of email accounts used by Headley reflect that between in or about August 2008

and December 7, 2008, Headley sent multiple email messages from internet addresses

located in the Pakistani cities of Karachi and Lahore.  On or about December 7, 2008,

before traveling from Pakistan to the United States that same day, Headley used one of

his email accounts to prepare a list of items for himself, which he titled "Mickey Mouse"

and saved in his account.  The list included the following pertinent entries:

> Route Design (train, bus, air)
> Cross (Cover Authenticator)
> Trade? Immigration?
> Ad? (Lost Luggage)(Business)(Entry?)
> Kings Square (French Embassy)

---

[1]     A review of the content of the messages in this Yahoo group make clear that its
members are graduates of a military school in Hasan Abdal, Pakistan.  Both Headley and RANA
have posted multiple messages to this group, and have referred in one or more postings to their
own attendance at the school.

YMCA
Car Trip + Train Option (Nufoozur Rehman)(weekend?)
Residence for clients
Complete Area Coverage (P.S. e.t.c.)
Counter surveillance (magic eye)
NDC option
Lunch + Coffee spots
Security (armed)?
Foreman residence
Zoom
Entry and exit method in the house
Feasible plan
On return, procurement of machinery
Uniform
Mixed Fruit Dish
Cell phone and camera
Border Crossing
City Guide Map
Alternate Investment
Got Papers? (Clients)
Make Visiting Cards

38.    The *Jyllands-Posten* maintains a location at Kings Square in Copenhagen. The French

Embassy is immediately adjacent to that location.

39.    On or about December 16, 2008, Headley sent an email from Chicago, Illinois to

Individual B. Among other statements, Headley told Individual B in this email that "I

will be going for the Mickey Mouse project in the north in the middle of next month. Let

me know any new info on it."

40.    One week later, on or about December 23, 2008, Headley again communicated with

Individual B concerning the Mickey Mouse project. More specifically, in an email sent

from Chicago, Illinois, to Individual B, Headley stated:

16

Send me the info on the mickey mouse project later when I tell you.  For now, **should I leave here early or around the 14th like previously planned.**[2]  Do that special thing you do and tell me. . . .
Bye,
Dave

(Emphasis supplied).

41.     On or about December 24, 2008, Individual B responded to Headley's email from the

previous day, telling Headley to "try to go as early as possible to MMP."  In response,

Headley used code to request Individual B to use a different email address to further

communicate with Headley.  More specifically, Headley stated:

**our doctor friend [RANA] has gone to Canada till 3jan with family.**[3]  So I am here alone.  Planning for MMP.  send me info about it on other mail I gave starting with [the first four letters of one of Headley's email accounts] if you don't have it i will mail you from it. . . .  How is your friend Harry.  Did you check the lady naipaul link.[4] . . .
Ok take care.
Dave

42.     The next day, on or about December 25, 2008, Individual B responded:

---

[2]     As described further below, Headley departed from Chicago on January 13, 2009, before arriving in Copenhagen, Denmark days later.

[3]     Records demonstrate that RANA re-entered the United States from Canada near Detroit on or about January 1, 2009.

[4]     Lady Naipaul is a Pakistani journalist and the wife of the late Lord V. S. Naipaul, a Nobel prize winning author.  Lady Naipaul also is the sister of Amir Faisal Alvi, the former Pakistani General killed in November 2008, allegedly by a group that included Major Haroon.  Although Pakistani press reports reflect that Haroon was arrested by Pakistani police on or about February 24, 2009 in connection with General Alvi's murder, it is noteworthy that this email reference to Individual B's "friend Harry" in the context of "the Lady Naipaul link" occurred in late December 2008, shortly after General Alvi's murder and well before public reports of Haroon's involvement in the murder, and police action against Haroon.  I understand "Harry" to be a reference to Haroon.

17

> i know ur other email address, no need to use that address yet..**first u visit MMP than we will discuss and c the concerned person** if needed, and if your friends decline , we'll do that ,i have discussed with baray log . . .

(Emphasis supplied). I believe from a review of emails before and after this exchange, as well as subsequent telephone conversations between Headley and Individual B, discussed more fully below, that Individual B was instructing Headley to travel to Copenhagen, then travel to Pakistan to meet with Individual B ("we will discuss") and a third party ("c the concerned person"). Based on my review of subsequently recorded communications, I believe that the "concerned person" was Kashmiri.

43.     In the aforementioned December 25, 2008 email, Individual B asked Headley about RANA[5]: "how's the dr's reaction on what all is happening, is he terrified or relaxed." The next day, on or about December 26, 2008, Headley responded to Individual B, "Doc [RANA] is very relaxed." Further, Headley related that RANA was providing direction to Headley, RANA is "trying to do Zihan saazi[6] asking if this happens you should act like this and if that happens you should do that and fear nothing except God."

44.     Additionally, in the same December 26, 2008, email, Headley related to Individual B that, prior to departing for the Mickey Mouse project, he needed to consult with RANA:

---

[5]     Based on my review of this communication, as well as others between Headley and Individual B, I understand the references to "dr" and "doc" in this particular exchange to be references to RANA because, in part, Headley states in one of the messages that "doctor has gone to Canada," and records demonstrate that RANA re-entered the United States from Canada near Detroit on or about January 1, 2009. In addition, as noted above, RANA has received medical training.

[6]     I understand that the expression "Zihan saazi" refers to the act of one person [RANA] preparing someone else [Headley] to perform an act.

18

Yes I am ready for MMP but I think it will better to go after new year as everything is shut down from Christmas to new year. **Also doctor [RANA] has gone to Canada with his family till new year so I need to consult him [RANA] as well. I will spend a week or so the first time to get a feel of the property.** If you have any other helpful info on this project, send it to me. If God wants **i will return by middle of next month to you.** If this Amal is maqbool and I get Ajr for it, I want my father to gt that Ajr.

(Emphasis supplied). I understand that Headley is telling Individual B that he will visit Denmark – but only after consulting with RANA. Then, after getting a "feel of the property," Headley will meet with Individual B in Pakistan ("return by middle of next month to you"). Further, I understand the English meaning of "Amal" is good deed, "maqbool" is acceptable and "Ajr" is a religious award.

### Headley's First Visit to Denmark

45.    On or about Sunday, January 12, 2009, Headley emailed Individual B concerning his upcoming travel. Headley stated "I am leaving WED night your time and will be at the location Thursday [January 15] night your time. Pray that I make a lot of money on the project."

46.    RANA arranged for at least a portion of Headley's travel through Expedia, an online travel agency. On or about January 13, 2009, RANA received a confirmation email from Expedia relating to the first leg of Headley's travel from Chicago to New York through Philadelphia. On or about January 15, 2009, Headley arrived in Frankfurt, Germany.

47.    On or about January 19, 2009, Headley emailed RANA, the subject of which was "Copenhagen":

Dear Doc,

19

Sorry I missed your calls last night. . . . I checked out business opportunities here. They seem quite promising. **I am going rght now to see if I can put an ad for our company** and also check the feasibility to open up an office here. . . .
Bye for now,
Dave

(Emphasis supplied).  The same day, RANA responded, stating "Booking is for 24th at 10

p.m..  Good luck, . . . Tahawwur."  Based on Headley's subsequent departure from

Europe on January 24, 2009, as further described below, I understand that RANA told

Headley that he had booked Headley on a flight on January 24, 2009.

48.     On or about January 20, 2009, Headley sent an email to RANA, the subject of which was

described "Copenhagen Important."  Headley stated in relevant part:

Dear Doc,

\* \* \*

Everything is fine here.  I went to a newspaper to find out about advertising our company.  I gave him my card so they might call any of the 3 offices to verify. **Ask NY and Toronto offices to remember me.**  The rates are pretty steep, like 3000 dollars for the front page, for one time.  The sales guys name was [name omitted] and he asked for our email to give detailed prices.  I gave our business email, so keep alert for his mail.

\* \* \*

Ok take care,
Dave

(Emphasis supplied). I understand Headley's statement "Ask NY and Toronto offices to

remember me" to be a request to RANA to take additional steps to preserve the cover

story for Headley's visit to the newspaper.

49.     Later that same day, on or about January 20, 2009, Headley sent another email to

defendant RANA, the subject of which was described "Copenhagen."  As in the email

described in the aforementioned paragraph, Headley remained concerned that an

employee from the newspaper would contact First World Immigration.  Headley asked

RANA to "[p]lease confirm on the receipt of these emails."  Further, Headley reminded

RANA to alert First World's employees to the possibility of incoming communications

resulting from his contacts with the newspaper.  Headley wrote, in relevant part:

> I will leave this hotel Thursday morning and go to another city in this country for
> my vacation.  I haven't decided which one, maybe arhus.  So please tell ALL our
> offices if they receive a call about me, to please confirm my job there. ...
> Take care,
> Dave

50.     On or about January 23, 2009, Headley visited the *Jyllands Posten* office in Arhaus,

Denmark, again under the auspices of checking rates for advertising in this newspaper.

That same day, Headley sent an email to defendant RANA, the subject of which was

described as "Copenhagen and Arhaus."  Headley wrote in relevant part:

> Ok Doc, . . . I checked for our office ad in Arhus as well.  You might be receiving
> price quotes in your other email address.  Did the Copenhagen guy, [name
> omitted] send you any mail yet? I think our company has a really bright future
> here.  We will become rich or should I say richer. . . .
> Dave

51.     On or about January 26, 2009, consistent with Headley's statement to RANA that he had

given "our business email," an email was received at an email address subscribed to the

address of First World Immigration and used by RANA, from a sales coordinator at the

*Jyllands-Posten.*.  The email stated in relevant part:

> Dear David C. Headley,
>
> thank you for your visit at Jyllands-Posten Friday last week [January 23, 2009]
> concerning advertising in our newspaper.

21

52. On or about January 29, 2009, RANA, posing as Headley, responded to the
aforementioned email, stating:

> Thank you for your reply. I will be in touch soon. I am trying to coordinate with
> a local attorney in Denmark for taking care of our clients locally. I intend to visit
> you in the coming spring. Sincerely, Dave

Records reflecting the internet protocol address from which this email was sent reveal

that it was sent from Chicago, Illinois, and, more specifically, the address of RANA's

residence. As of the date of this email, Headley remained overseas.

53. Although at times – including in his dealings with the *Jyllands-Posten* and an interview

with a Customs and Border Protection officer in August 2009 – Headley has held himself

out as a representative of or consultant for First World Immigration Services, First World

Immigration Services has issued neither a W2 or 1099 to Headley in the years 2004

through 2008.

54. Headley's representations that his travel to Denmark was for the purposes of opening an

office for First World Immigration in Denmark appear implausible for multiple reasons,

including, among others, the following:

a.  A review of phone records for both Headley's and RANA's home and personal
    cell phones, as well as the phone records for five separate lines at First World
    Immigration, has revealed not one phone call to Denmark during 2009;

b.  A search of emails originating from Headley, RANA and First World Immigration
    Services accounts in Chicago for 2009 has revealed no records reflecting the use
    of First World's services by Danish residents;

c.  Although Headley and Individual B discussed the trip to Denmark for the Mickey
    Mouse project extensively in email exchanges and by telephone, their recorded
    conversations and emails did not touch on the immigration services business,
    efforts to establish an office for First World in Denmark or expand its business in
    Europe, or the need for advertising;

22

d.  Likewise, although Headley's email exchanges with RANA during Headley's visit to Denmark discussed Headley's communications with the *Jyllands-Posten* about purported plans to advertise for First World, those communications did not discuss in any detail other aspects of establishing a new branch of First World in Denmark.  Although Headley advised RANA that a representative of the *Jyllands-Posten* might call First World's offices, he did not suggest that First World would be receiving similar calls from other potential business partners or vendors in Denmark;

e.  Had Headley and RANA been interested in obtaining information about advertising in the *Jyllands-Posten*, such information is readily available on the newspaper's web site, as is the name and phone number of the newspaper's sales representative;

f.  Prior to his visit to Denmark, Headley had expressed his displeasure at the *Jyllands-Posten* cartoonists "who slandered our prophet," and said that "I feel disposed towards violence for the offending parties," making it unlikely that Headley would seek to patronize the *Jyllands-Posten* as a business advertiser;

g.  The list of items that Headley prepared and emailed to himself relating to the Mickey Mouse Project on December 7, 2008, described above, contains multiple references that do not appear consistent with plans to open an immigration office, including "Route Design (train, bus air)"; "Cross (Cover Authenticator)"; "Counter surveillance (magic eye)"; "Security (armed)?"; "Zoom"; and "Entry and exit method in the house."  Based on my training and experience, I believe that these notations, particularly in the context of the other information related in this Affidavit, are consistent with planning for a terrorist attack.  The list also includes a reference to "Residence for clients."  In my experience, it is unnecessary for the typical immigration services business to provide a residence for its clients; by contrast, a team assigned to carry out a terrorist attack in a city where the team's members did not reside would need one or more locations to live while preparing to carry out the attack;

h.  To date, no advertisements have been placed in the *Jyllands-Posten* for First World Immigration Services.

## Headley Travels to Pakistan Following Denmark Visit

55.  On January 24, 2009, Headley departed from Frankfort, Germany to the United Arab

Emirates. From there, as discussed below, he subsequently traveled to Pakistan.  Records

of email accounts reflect that between in or around late January and early March 2009,

Headley sent multiple email messages from locations in Pakistan.

56.    As described earlier, on December 25, 2008, prior to Headley's departure for Denmark,

Individual B instructed Headley as follows: "first u visit MMP than we will discuss and c

the concerned person if needed." Further, on December 26, 2008, Headley responded that

he would get a "feel of the property" and "return by middle of next month to you

[Individual B]."

57.    On or about March 3, 2009, Headley sent an email to RANA. Headley relayed that: "[a]s

I am traveling and things are so bad these days, I would like to leave a few instructions

with you in case of my death or in case I am incapacitated for some reason." Headley

continued in detail, providing instructions to RANA on how to handle his affairs,

including his wishes for his family. In an email response provided the same day, RANA

stated "I acknowledge receipt of this will." Then, in coded language, RANA directed

Headley to communicate with him in a separate email account. More specifically, RANA

stated:

> One of my brothers in Brigadier **Mova**dat Hussain Rana and the other is Sibte
> Hassan Rana **monie**. They are in Rawalpindi. I really admire emails making it
> instant half mulaquat especially **yahoo** as it seems superior to hotmail. Talk to
> you later.

(Emphasis supplied)

58.    Records reveal that the mov.monie@yahoo account was created on or about March 6,

2009, at a particular internet protocol address, the user of which was located at the

business address of First World Immigration. The subscriber name provided when this

24

account was opened was "Mr Mov Monie" with a date of birth of February 13, 1962.

RANA's actual birthdate is exactly one digit off from the month, date and year provided

to open the mov.monie@yahoo account.

59.    On the same day that the mov.monie@yahoo account was created, Headley sent an email

from mov.monie@yahoo to RANA, stating:

> Dr. Rana, I forgot to mention, [a nickname for Individual B] seems a little upset
> that you may not be responding to his requests in a timely fashion. So please call
> him when you can to put his mind at ease. Dave

60.    In a later email with the "abdalians" Yahoo group, Headley confirmed his trip to the

Federally Administered Tribal Area ("FATA") region in northwestern Pakistan, bordering

Afghanistan, a region in Pakistan in which various terrorist organizations operate. More

specifically, on or about May 4, 2009, a member of the group sent an email to the group

discussing a recent survey concerning drone attacks in that area. The member's email

stated in relevant part:

> . . . a think tank of researchers and political activists from the NEWFTP and
> FATA, conducts research, survey and collects statistics on various issues
> concerning the Taliban and al-Qaeda terrorism and human security there. AIRRA
> research teams go deep inside Taliban and al-Qaeda-occupied areas of FATA to
> collect information. Most of the areas are not accessible to journalists. Between
> last November and January [the think tank] sent five teams, each made up of five
> researchers, to the parts of the FATA that are often hit by American drones, to
> conduct a survey of public opinion about the attacks. The team visited Wana
> (South Waziristan), Ladda (South Waziristan), Miranshah (North Waziristan),
> Razmak (North Waziristan) and Parachinar (Kurram agency).

According to the email, one of the conclusions of the survey was that the notion that a

large majority of the local population supports the Taliban is inaccurate. Further, the

sender of the email stated his personal view that the majority of the residents of the

FATA saw the enemy as the Taliban and al Qaeda and viewed the drone attacks as not

violating the sovereignty of Pakistan.

61.    Headley's sharp response confirmed that he had been to the area occupied by the Taliban

and al Qaeda.  Headley stated:

> This "survey" is the biggest crock of S ... **I was there on some business recently and I assure you this dude is not even close** .. I even doubt the ability of the surveyors to conduct this "research" in Miranshah or **Razmak**.[7]  I even challenge [the identified individual who posted the survey article] to just walk around the bazaar in Miranshah.  This bazaar is bustling with Chechens, Uzbeks, Tajiks, Russians, Bosnians, some from EU countries and of course our Arab brothers.  According to MY survey the foreign population is a little less than a third of the total. **Any Waziri or Mehsud I spoke to seemed grateful to God for the privilege of being able to host the "Foreign Mujahideen."**

(Emphasis supplied)

62.    On or about June 11, 2009, Headley returned to Chicago.  Once again, RANA arranged

for this travel.  More specifically, on June 8, 2009, RANA booked the last leg of

Headley's travel, a flight from New York to Chicago, on JetBlue Airlines.  On or about

June 9, 2009, RANA received an email containing a response to a request for travel

insurance information for Headley.  Further, on or about June 10, 2009, RANA received

a confirmation email from JetBlue Airways concerning the last leg of Headley's return to

Chicago, his flight from New York to Chicago.

### Headley's Concern Regarding Individual B's Arrest

63.    In or around mid Summer 2009, Headley became aware that Pakistani authorities had

detained Individual B.  In that time frame, Headley emailed a contact living in Pakistan.

---

[7]      As mentioned above in paragraph 26, news accounts following Kashmiri's reported death noted that Kashmiri had established a training camp in the Razmak region of Waziristan.

The subject of the mail read "[Individual B]?" and I understand Headley indicated in this email that Individual B had been arrested, and that Headley wished to know whether Individual B would be available to continue working with Headley and Headley's associates.

### Lashkar-e-Taiba Shifts its Focus From Denmark to Potential New Attack in India

64.    In July and August 2009, Headley exchanged a series of emails with Lashkar-e-Taiba Member A.  Certain of these emails are summarized below.

65.    On July 3, 2009, Lashkar-e-Taiba Member A sent Headley an email in which Lashkar-e-Taiba Member A said, "i need to see you for some new investment plans."

66.    On July 8, 2009, Headley sent Lashkar-e-Taiba Member A an email which stated, in part: "What do you want me to do.  Where are you interested in making investments."

67.    In another email on July 8, 2009, Headley told Lashkar-e-Taiba Member A that "I think when we get a chance we should revisit our last location again and say hi to Rahul." From a review of Headley's various emails, it is clear that "Rahul" refers to a prominent Indian actor with the first name "Rahul."

68.    Lashkar-e-Taiba Member A replied to the above email on July 8, 2009 and told Headley in an email that "to see rahul is a good idea coz have some work for you over there too. Matters are good enough to move forward...."

69.    On July 9, 2009, Headley responded:

> When you say "move forward" do you mean in the North direction or towards Rahul.  Also in the future if we need to meet to discuss anything, do i have to come all the way over there or can we meet somewhere in the middle like Africa or middle east.

27

70.    The same day, Lashkar-e-Taiba Member A responded that "i mean towards rahul."

71.    On July 10, 2009, Headley sent an email to Lashkar-e-Taiba Member A in which he

stated:

I would like to know a few things if you can tell me:
      1) What is the status with the Northern project, is it still postponed indefinitely?
      2) The visit to Rahul's place, is it for checking out real estate property like before, or something different and if so tell me what you can please. Also is it exactly in Rahul's city or different one?
      3) How long do you think i will need to stay at Rahuls place to complete this task.
      4) Will i have to stay there continuously for a while, or back and forth like before.

72.    Based on my review of this and other communications, I believe that Headley had

inquired of Lashkar-e-Taiba Member A whether the Denmark project was on hold, and

whether the visit to India that Lashkar-e-Taiba Member A had asked him to undertake

was for the purpose of surveilling targets for a new terrorist attack. Later on July 10,

2009, Lashkar-e-Taiba Member A responded to Headley's email, stating, in part, that:

"There are some investment plans with me, not exactly at Rahul's city but near that.rest

we can decide when meet according to your ease".

73.    In an email to Lashkar-e-Taiba Member A on July 16, 2009, Headley stated, in part: "One

very important thing I need to know please is that how long do you need me for, meaning

how long should it take me to finish my work, in your opinion. And is it really urgent?

Before it seemed that the Northern Project was really urgent."

74.    After Lashkar-e-Taiba Member A responded on July 18, 2009, that "it may take

somewhere between 2 to 4 weeks," Headley replied on July 19, 2009, that "I think i can

manage it," and that he would be available in October. He closed his email by asking "Is

the Northern Investment definitely postponed for now?" Lashkar-e-Taiba Member A and

Headley continued to exchange emails through late August 2009, when Headley told Lashkar-e-Taiba Member A that he "will be there end of next month."

75.    I understand these emails to reflect that beginning in July 2009, Lashkar-e-Taiba Member A was placing a higher priority on using Headley to assist in planning a new attack in India than on completing the planned attack in Denmark.  After this time, it appears that Headley and Individual B continued the planning of an attack with Kashmiri, rather than Lashkar-e-Taiba.

### Headley's Visit to Overseas Locations and Second Visit to Copenhagen

76.    On or about July 26, 2009, Headley traveled to Europe, visiting various countries en route to Copenhagen, Denmark.  As described further below, during Headley's second visit to Copenhagen, Headley took surveillance video of several locations in Copenhagen, Denmark, including the office of the *Jyllands-Posten* in King's Square in Copenhagen.

77.    While Headley was in Copenhagen, on August 2, 2009, RANA arranged through a travel agency located at an office building once owned by RANA for airfare for Headley to travel from Copenhagen to Chicago through Atlanta.  On August 3, 2009, RANA received an email confirmation from this travel agency, which, in part, forwarded an email from Expedia, an online travel agency.  The email stated in pertinent part, "[t]he itinerary for Headley is attached below.  Thank you for giving us the opportunity to be of service."  A review of the email reveals that the flight booked by RANA was "Copenhagen to Chicago" the traveler name was "Headley" and date of travel was August 5, 2009.

78.   On or about August 5, 2009, Headley arrived in Atlanta, Georgia, on a flight from

Copenhagen, Denmark.  An officer with Customs and Border Patrol interviewed Headley

upon his entry.  Headley stated that he traveled to Copenhagen, Denmark, and elsewhere

in Europe for business.  Headley claimed to be a consultant for First World Immigration

Services.  An examination of Headley's luggage revealed no papers, flyers or any

documents relating to First World Immigration.

### Headley's Conversation With Individual B After Second Copenhagen Visit

79.   Following his return from his second visit to Copenhagen, Headley received an email in

response to his inquiry about the arrest of Individual B, described in paragraph 63 above.

The sender wrote, "your friend that u asked about has reached home yesterday.  How r u

and what r the plans?"  Headley replied in an email and stated "thank you. I spoke with

him after his arrival."

80.   I understand that when Headley indicated that he "spoke with him after his arrival,"

Headley was referring to Individual B.  Phone records for Headley's cell phone reveal a

call the day before he received the above referenced email with a Pakistani phone

number.

### Headley Communicates With Lashkar-e-Taiba Member A
### Regarding Copenhagen

81.   Following his return from his second visit to Copenhagen, Headley exchanged emails

with Lashkar-e-Taiba Member A, regarding, among other topics, his trip to Copenhagen.

On or about August 7, 2009, Lashkar-e-Taiba Member A sent an email asking Headley

why he had not been responding.  That same day, Headley responded:

> Sorry, I just don't check my mail daily if I don't expect anyone will write me. I am working at a retaurant owned by Dr. Rana's **and his friend** as a manager. Last week they sent me to Germany to buy some Butchery equipment and guess where else I went for 3 days (just for a vacation :) on Dr. Rana's expense

(Emphasis supplied).  I understand that in this message Headley is referring to Copenhagen (inaccurately referenced in the email as Germany) as the place of his "vacation," the same term that he used in his January 23, 2009 email to RANA during his first trip to Denmark.  Further, I understand that Headley is informing Lashkar-e-Taiba Member A that RANA paid for his travel to Copenhagen.

82.   Although Headley did not identify the friend of Dr. Rana by name in the aforementioned email, on or about August 9, 2009, Lashkar-e-Taiba Member A responded in pertinent part:

> God ..........You are something... how was visit? Did you buy some thing for me? I heard that [Individual B] is with haroon.so be carefull "please"

I understand the statement that this associate "with haroon" is a reference to Individual B's arrest by Pakistani authorities, and the continued detention of Major Haroon by Pakistani authorities.  Months before August 2009, Pakistani news reports stated that Haroon had confessed to his role in the murder of General Alvi and provided information about Kashmiri's operations.  In fact, on or about April 14, 2009, Headley had posted an article to the "abdalians" Yahoo group regarding Haroon.  The article stated in pertinent part that Haroon "confessed that he had assassinated General Alvi," and confessed that he had kidnaped four separate victims in order to get money for militant organizations.

83.   Headley and Lashkar-e-Taiba Member A continued their exchange about the travel to Copenhagen.  The following are pertinent excerpts from their continued exchange:

31

(Headley, August 10, 2009)
Yes, we bought some abbatoir [animal butchery] equipment from there.  I did get you something.  The same gift I got for you last time I was there. . . .

(Lashkar-e-Taiba Member A, August 11, 2009)
. . .what ever i am saying, i know deep in my heart is futile.coz its YOU.regards to Dr rana and else.

(Headley, August 11, 2009)
I don't understand, what is futile?

(Lashkar-e-Taiba Member A, August 11, 2009)
futile are my advices, coz you do what you feel like.  matter and situation is not clear . . . your skin is dear to me, more than my own

I understand that, in the above exchange, Headley is reporting on his travel and the fact that he has additional video surveillance for Lashkar-e-Taiba Member A, and Lashkar-e-Taiba Member A is recommending that Headley be careful and expressing some frustration because Headley does not always follow advice.

### Headley, RANA and Individual B Discuss
### Whether Kashmiri Has Received a Report Regarding Their Plans

84.    Throughout the remainder of August and early September 2009, a number of recorded telephone conversations between Headley and Individual B reveal that Headley continually sought word of whether Individual B had been in contact with Kashmiri regarding their plans.

85.    On or about August 22, 2009, Headley and Individual B spoke by telephone.  The pertinent discussion was as follows:

Headley:     First tell me have you spoken to Doctor[8]

_____

[8]    From my review of recorded communications between Headley and Individual B, I believe that the use of the term "Doctor" is to refer to Kashmiri and not a reference to RANA.

Individual B:    No friend – there is nothing.

Headley:         Contact.

Individual B:    Nowadays, there is no contact..

\* \* \*

Headley:         . . . about discussion with Mister Doctor, that if this doesn't – for example – along these lines you should, you should consider that – . . .these who are coming to meet –

Individual B     Hmm

Headley:         – if they – example what you people had thought about them – in doubt – if they are not fulfilling on it –

Individual B:    Hmm

Headley:         Then B, B, there should be something as a B, option B.

Individual B:    Okay.

Headley:         Yeah.

Individual B:    On the contrary, on the contrary, not B, but there should be B and C as well.

Headley:         Yeah, there should be B and C as well. So that's why – about it – Ahm – okay secondly I – that – used to make an email – I mean, you, you could write on it every now and then.[9]

Individual B:    Okay, yes, yes, yes.

Headley:         So that, I, I mean, had made one more, and I will give it to you sometime – we can do on it too

---

[9]    As discussed previously, on or about August 28, 2009, in a telephone conversation between Headley and Individual B, Headley spoke in coded language to describe a new email account created by Headley. Headley and Individual B, in fact, had at least three separate conversations regarding this account, based, in part, on Individual B's confusion over how Headley spelled the names of the persons used to create the account.

Individual B:   Okay

Headley:        So, about, so think about it.  Because I have a return ticket for October 29[10], for there, to return.[10]

Individual B:   O, okay

Headley:        Where I came from, recently.

Individual B:   Yes, yes, yes.

Headley:        So for now, do it, delay it, give priority or put at the end, what is its arrangement.  And secondly, I also said that to you, that also find out, that if, that, I mean that, what I told you, that –

Individual B:   Yes, yes, that, I –

Headley:        Yeah.

Individual B:   – that, understand, I understand.

86.  I understand that, in the above conversation, Headley discussed developing other options

("B" and "C") if communications with "doctor" [Kashmiri]  failed or if the "doctor" and

his people were otherwise unable to assist in the activity ("if they are not fulfilling on it").

As to option "B," Headley further commented:

Individual B:   You, you have invested in the business, after that you must show some patience, which is necessary.

Headley:        **I like the option B. I can do it on my own that is it.**  I do not need help of anyone else. I on my own.  I am qualified I have studied accounting. I have taken two semesters in college.  I can do accounting myself, I can do marketing myself.  I do not need anybody's help. The salary that you will give to someone I take it myself.  **And I can do it myself, easily, with no problem at all.**

---

[10]     On or about August 3, 2009, RANA booked Headley a return ticket to Copenhagen for October 29, 2009.  This trip was listed in a confirmation email received by RANA on or about August 3, 2009.  Headley is scheduled to depart at about 6:15 p.m. on a Delta flight from Atlanta to Copenhagen.

Individual B:  I see.

Headley:        Yeah.

(Emphasis supplied).  I understand that in this conversation, Headley told Individual B

that he would make himself available to perform their planned operation.

87.    On or about September 3, 2009, Headley and Individual B spoke by telephone.  Headley

inquired whether Individual B had found out anything, and Individual B responded

negatively.  In discussing this further, Headley related words to the effect that, ever since

his return, he has "wanted this project from the bottom of his heart."

88.    On or about September 4, 2009, RANA and Individual B spoke by telephone.  In coded

language, RANA asked Individual B about his earlier arrest: "okay, you remember when

you had fever during that time – did you ever faint due to the fever?"  Individual B

responded, "no, no, no, no, no, no. Th-th-that all was fine, there wasn't any problem."

RANA then commented, "okay, that is very good."

89.    On or about September 5, 2009, Headley and Individual B spoke by telephone, and

Individual B reported that he had not heard any word from "Doctor" [Kashmiri] and

Headley expressed concern that things might have to be "continued" until they receive an

answer.  In pertinent part, the conversation was as follows:

Individual B:  However, I wanted to tell you that nothing is happening about that - for
               that, God willing, I will tell you later, okay?

Headley:        Right.  Ah, unable to find out, anything about that?

Individual B:  Yes, dear. Nothing – absolutely nothing – from there, just, ah, anyway, I
               will get it from there.  It, it, it, it is very quiet now.

Headley:        But, but have, haven't you had any contact with the doctor yet? You
                should contact Doctor.

Individual B:   No, no, no, absolutely nothing – unable to find out anything, at this time.

Headley:        So, if, if you are unable to contact – then, then, then, in that case, it needs
                to be continued until receive an answer from there, right?

Individual B:   No, no, no, I can do it – but still waiting for an answer.  Going to wait for
                a little while.  It is absolutely quietness over there.  There is absolutely
                nothing, from anything like that.

90.    On or about September 7, 2009, Headley and Individual B again spoke by telephone.

After Headley asked Individual B to tell him something new, Individual B responded

words to the effect of "nothing has been happening from there" and that he was "unable

to find out anything about that."  Thereafter, the following exchange occurred:

Headley:        .... **anyhow, then you need to tell him everything, whatever I told you.**
                Didn't you convey him everything whatever I had told you, about him?  Or
                still, it has not been conveyed to him at all?

Individual B:   No.  There is absolutely nobody.  Look, from there, from there, ah, it, that
                is, has been, ah, it has been completely cut off.

Headley:        But, ah – it is okay, never mind.

Individual B:   No, unable to find it out.  On, on that, that day, it is not like I am just
                sitting here.  I, I am trying my best for it.

Headley:        Right.

Individual B:   That is –

91.    Based on my review of the above recording, as well as other recorded conversations,

described below, between Headley and Individual B, and Headley and RANA, I

understand from the above conversation that Headley wanted to ensure that "Doctor

[Kashmiri]" received the information Headley had passed on to Individual B.

36

92.     That same day, on or about September 7, 2009, Headley reported to RANA on the lack of

contact between "Doctor [Kashmiri]" and Individual B.  Headley expressed concern that

his "reports" and "notes" would not be delivered.  The pertinent part of the exchange was

as follows:

| | |
|---|---|
| Headley: | And, **gathering together, whatever reports I had given to [Individual B], [Individual B] has not been able to pass on the report to him**.  It's been months.  There is action going on, you know.  It's in the way of [UI]  Today, in the north, after many weeks, there was an attack in the north.  It hadn't happened in months.  And, it is in the north, where he live[s]. |
| RANA: | I see |
| Headley: | In any case, I don't know much, God will help. |
| RANA: | Whatever happens, hope it is for the best. |
| Headley: | Yes. |
| RANA: | When you know that he received the **notes**, then – |
| Headley: | God willing, he'll find a solution... |

(Emphasis supplied).

93.     In this same recorded conversation on September 7, 2009, Headley and RANA discussed

and named multiple targets of their planning.  More specifically, Headley listed four

targets, one of which was "Denmark," then commented "[a]fter that if I will pray for any

other action call me a thief . . .God may help me complete this task."  Later in this same

conversation, RANA asked Headley to "pass along a message" to Individual B.  RANA

then stated words to the effect that "top class" was a "befitting" name for Individual B.

RANA and Headley then discussed a fifth target.  More specifically, Headley referred to

the earlier discussion, and stated words to the effect of "oh my friend, not four, five,

five." While RANA laughed, Headley stated "Defense College" twice, and RANA commented "right, this is it. I knew already." After other discussion, RANA continued "That one, uh, I thought that was the target."[11] Headley responded, "I don't know but once he comes then it will be known, but I am going to ask him to do that one first." RANA responded, "in this matter – defense [UI]."

### Individual B Reports Death of Ilyas Kashmiri

94.     On September 13, 2009, at 4:56 p.m., following limited press reports from a week earlier that Ilyas Kashmiri may have been killed in a drone attack in the FATA area of Pakistan, a telephone call took place between Headley in Chicago, Illinois, and Individual B in Pakistan. During the telephone call, Individual B told Headley in code that Kashmiri might be dead: he stated that the "doctor" may have "gotten married there" but that there was no confirmation. Headley seemed surprised and said that he had not seen it on the news. Individual B mentioned that "maybe" it was in the "print media," and instructed Headley to "search in there [print media]." During that same telephone call, Headley later stated, "so it means, our company has gone into bankruptcy then," and "the **projects** and so forth will go into suspension for the time being." (Emphasis supplied). Individual B responded words to the effect of "no, no, why? **Projects** will continue." (Emphasis supplied). Although this conversation was mainly in the Urdu language, both Headley and Individual B used the English word "projects."

---

[11]     Although this conversation was in the Urdu language, RANA used the English word "target." Based on my review of this and other conversations, I understand "defense college" to refer to another overseas target.

95.     In this same conversation Headley advised Individual B that he would tell RANA "this news regarding doctor," but Individual B responded "don't do it right now" and asked Headley to wait "three, four days."

96.     Almost immediately following the conclusion of the telephone call during which Individual B instructed Headley to "search" the "print media," Headley conducted a "google" search of "Ilyas Kashmiri." (The September 13 telephone call began at 4:56 p.m. Chicago time and ended at 5:09 p.m. The "Ilyas Kashmiri" search took place approximately 3 minutes later at approximately 5:12 p.m.)

97.     Later on September 14, 2009, Headley telephoned RANA and advised him of his telephone call with Individual B and advised RANA that Individual B had asked them to pray for "the doctor." Headley explained that "so far it is a rumor, it is not confirmed yet," but he may have gotten "married." Headley continued with words to the effect of "pray that this should not have happened," and RANA responded "we will talk about this."

98.     On or about September 16, 2009, Headley again performed a google search for "Ilyas Kashmiri" at approximately 7:29 p.m. On that date, a new press report had appeared online indicating that Ilyas Kashmiri had been killed on September 14, 2009, in a drone attack while a different terrorist had been killed in a separate drone attack the week before. Thus, the report indicated that the killing of Kashmiri would have taken place the day after Individual B had told Headley that Kashmiri had already been killed.

99.     On September 17, 2009, at 2:17 a.m., Headley spoke to Individual B by telephone and appeared to relay this development in a coded conversation. Headley stated that: "it is

everywhere now . . . that their marriage has been confirmed." But Headley noted that

Individual B told him "four or five days ago but these guys are saying that it is only a two

or three days old matter." Individual B responded, "No – yeah – it happened again one or

two days ago." As Headley confirmed subsequent to his arrest, the conversation also

made clear that "property," "investments" and other business terms were used as cover

terms for violent actions. In apparent reference to the drone strikes that killed Kashmiri

and others, Headley stated that RANA "was saying – there is some sort of arrangement

that very accurate -- I mean that of these guys -- the estimates of all of them are so

accurate . . . The estimate -- whatever **assessment** they do for any **property** is always

accurate, so that have very . . . a discerning eye, a very discerning eye on the market. . . .

There was their picture also. They were giving their picture also, of the bride and the

bridegroom." (Emphasis supplied.)[12] (Press reports at the time had pictures of Kashmiri

and another person believed to have been killed in the attack.) Headley also stated that he

would be coming to Pakistan soon "but now there is nothing to do there. Now let us

collect unemployment from the company . . . when a company lays off in case of

bankruptcy, it discharges employees." When Individual B tried to assure Headley that

Kashmiri's death was a "small loss," Headley disagreed and responded: "no, it is not a

small loss, it is a major loss."

100.    In this same conversation, Headley told Individual B that in light of Kashmiri's reported

        death, "Now I think you better go back towards him, towards [Lashkar-e-Taiba Member

---

[12]        Although this conversation was mainly in the Urdu language, the words
"assessment" and "property" were spoken in English.

A]." Headley complained to Individual B that "[Lashkar-e-Taiba Member A] and others, and this [an identified individual] and all of them – again they are – their eyes are again in that direction." He added that Lashkar-e-Taiba Member A and the identified individual were unwilling to take risk and "have rotten guts." Individual B said, "when in business a person wants to do something, there is risk factor also. They do not want to take risk and they want to be praised also." Headley responded, "then there will be no profit because when you have high aim, as much an investment will be risky as much is the chance of profits and at the same time there is chance of loss."

101.    In the same telephone conversation, Individual B stated that "This is business sir these type of things happen." Headley responded that "I am just telling you that the companies in your competition they have started handling themselves in a far better way that is why they all are running in losses profit-wise and market-wise. There are continuous losses and it does not seem that they will recover. In these conditions it looks that there will be bankruptcy in approximately six months, my estimate within . . . six to twelve months is that our companies will be done the way things are going on." Individual B responded, "it is as it usually happens that if one company fails then another company will come up."

102.    Later that same evening, on or about September 17, 2009, Headley spoke to an associate in Pakistan by telephone. The associate related to Headley that the cleric that Headley went to see passed away, and asked if Headley had confirmed it with Individual B. Headley responded words to the effect that Individual B confirmed it five, six days ago and said that the cleric died of a heart attack. Headley further related that he was very sad and upset about the death. Two days later, on or about September 19, 2009, Headley

again spoke by telephone with this same associate. Headley asked the associate if he had

learned anything about "doctor," and stated words to the effect of: ""[h]e was you Pir

Sahib [spiritual guide], where I and you went, we went to Samanabad and we did Baiat

[an oath of allegiance]." After the associate responded, "[y]es sir, absolutely, absolutely,"

Headley continued "he just had a heart attack . . .it has made me very sad." Based on my

review of these recorded conversations, and the earlier recorded conversations between

Headley and Individual B, I understand that the "cleric" to whom they are referring is the

"Doctor," Kashmiri. I understand that the "heart attack," similar to the term "married," is

code for the fact that Kashmiri was killed. I further understand that Headley is discussing

a visit to Kashmiri when he swore an oath of allegiance to Kashmiri.

103.    As set forth above in paragraph 26, on or about September 18, 2009, Headley forwarded

to RANA by email a news article relating to Kashmiri's reported death. The subject of

the email written by Headley was "Major Haroon (Hafiza hullahu)[May Allah Protect

Him]." The forwarded article was titled "Pakistani Kashmiri militants now fighting

NATO forces," and contained a number of details about Kashmiri.

104.    On or about September 20, 2009, Headley spoke with a different associate in Pakistan in

a recorded telephone conversation. Headley related words to the effect that he had

discussed with RANA the fact that "business must go on." Headley continued, "main

thing that I have an income...make some money. I don't care that if I am working for

Microsoft or I am working for a...any...GE or Philips, I don't care. As long as I am

making money, I don't give a shit." Based on my review of this and other conversations

involving Headley, I believe that Headley is indicating that he does not care whether he

works for Kashmiri's group or Lashkar-e-Taiba, as long as he helps carry out attacks.

**Headley, RANA, and Individual B Discuss News that Kashmiri Might be Alive**

105.    On or about September 21, 2009, Headley spoke with Individual B by telephone:

Individual B:    Buddy, the reports that are com-coming in, by the grace of God, he is
                 doing well.

Headley:         God willing – uh, uh – you mean the Doctor?

Individual B:    Yes, yes.

Headley:         Uh, I, Buddy if this is true, then I will say 100 prayers, 100 prayers.

106.    In this same telephone conversation, Headley again referred to the earlier news about

Kashmiri, this time using the terms "Pir" and "heart attack," the same terms that Headley

used to describe Kashmiri and his reported death to his relative, as discussed above, and

about Kashmiri, stated that "there were some more stories published about him – that –

about whom we were thinking that didn't, didn't reach the completion stage – the

**investments,** etc." (Emphasis supplied)  Headley, in fact, had performed additional

google searches of "Ilyas Kashmiri" and accessed a number of news articles relating to

the terrorist activities of Kashmiri, one of which he forwarded to RANA, as described

above.  In the same conversation, Headley continued, "it's quite a detailed

writing . . . there was a lot of praise, there was a lot of praise for him – what we call

praise."

107.    Four days later, on or about September 25, 2009, RANA spoke by telephone with the

Consul General at the Pakistani Consulate in Chicago in an effort to obtain a 5-year visa

for Headley to travel to Pakistan.  It is clear from email traffic unrelated to terrorist

plotting that the Consul General knows RANA and Headley personally as all three

attended the same high school.  However, the Consul General knows Headley by a

different name.  (Headley changed his name from Daood Gilani in or about 2006.)  In

seeking a visa for Headley, RANA stated that he wished to obtain the visa for a white

American named "Headley" who did not have any Pakistani background at all.  When the

Consul General suggested that RANA send this friend to the consulate, RANA explained

that he had sent his friend elsewhere to take care of some unspecified business so that

someone else would visit the consulate.  It is clear from the foregoing conversation that

RANA was attempting to deceive the Consul General into granting a visa for Headley

without the Consul General knowing for whom the visa would be issued.

108.   On or about September 30, 2009, Headley and Individual B again spoke by telephone.

Individual B informed Headley that "Pir Sahib" is "absolutely all right."  Headley asked

Individual B to "swear" several times, and Individual B responded "I swear, I am telling

the truth."  Headley added, "so he does not get married," and asked "so, then, I will be

able to meet him upon returning."  Individual B responded words to the effect of

"absolutely, right, and he – just today – just today, was asking about you."  Based on my

review of this conversation, as well as preceding conversations, I believe that the

reference to "Pir Sahib" is Kashmiri.

109.   Shortly after speaking with Individual B, Headley spoke to RANA by telephone.  Headley

informed RANA that "Pir Sahab is alive."  RANA responded, "wow, all praise be to

God."

110.    Based on recorded conversations with associates and other third parties, Headley intended

to travel to Pakistan in early October 2009.  Before doing so, Headley intended to travel

to Philadelphia from Chicago.  On or about September 8, 2009, Headley received an

email confirmation from Orbitz, an online travel agency, reflecting the purchase of airfare

from Chicago to Philadelphia on October 3, 2009.

111.    On October 3, 2009, Headley was arrested at O'Hare Airport in Chicago before boarding

his scheduled flight to Philadelphia.  Agents searched his checked luggage pursuant to a

search warrant issued by United States Magistrate Judge Arlander Keys on October 2,

2009.  Among other items recovered from Headley's checked luggage was (1) a

photocopy of the front page of an August 1, 2009 issue of the *Jyllands-Posten*; (2) a street

guide for Copenhagen, Denmark; and (3) a list of phone numbers, including a Pakistani

telephone number Headley had used to contact Individual B.  Also contained in the

luggage was a memory stick.  Contained on this memory stick were approximately

thirteen short videos, including videos taken of King's Square both during the day and at

night.  The daytime video of King's Square includes close-up shots of the entrance to the

*Jyllands-Posten* office.  The videos also include shots of what appears to be the entrance

to a military barracks, a close-up of a guard stationed near the entrance to that location,

and of the exterior and interior of Copenhagen's central train station (consistent with the

first item on the checklist described in paragraph 37 ("Route design (train, bus, air)")).

112.    After his arrest and having being advised of his rights, Headley made statements to FBI

agents.  Among other things, Headley stated that beginning prior to 2006 Headley worked

at various times with Lashkar-e-Taiba (an organization he knew to be a designated

45

foreign terrorist organization) and that he received training from Lashkar-e-Taiba.
Headley also stated that at times he worked with Ilyas Kashmiri, including in connection
with planning the Denmark attack.

113. With respect to his activities in Denmark, Headley stated that he conducted surveillance
of the Jyllands-Posten offices in Copenhagen and Arhus, Denmark, in preparation for an
attack to be carried out by persons associated with Kashmiri and Individual B. Headley
stated that he proposed that the operation against the newspaper be reduced from
attacking the entire building in Copenhagen to killing the paper's cultural editor,
Flemming Rose, and the cartoonist who drew a cartoon of the Prophet Mohammed with a
bomb in his turban, Kurt Westergaard, whom Headley felt were directly responsible for
the cartoons. Headley also stated that he conducted surveillance of Danish troops posted
nearby, as well as of a nearby synagogue. Headley stated that the surveillance of the
Danish troops was conducted because they were posted near the newspaper and might
serve as a reaction force in the event of an attack. He also said that he conducted the
surveillance of the synagogue at the direction of Lashkar-e-Taiba Member A, whom
Headley described as being under the mistaken belief that Rose was Jewish.

**Interview of Rana**

114. On October 18, 2009, RANA was arrested. After being advised of and waiving his
*Miranda* rights, RANA provided the following statements: (1) he was aware that Headley
had been affiliated with the Lashkar-e-Taiba terrorist organization for the past few years,
(2) he was aware that Headley had received training from the Lashkar-e-Taiba terrorist
organization, (3) he was aware that Headley had met with Ilyas Kashmiri within the past

46

year, (4) he was aware that Headley communicated with Individual B and LeT Member A, (5) he was aware that Headley was angry about the cartoon depictions of the Prophet Mohammed, (6) he was offended by the cartoon depictions of the Prophet Mohammed and would not have done business with the newspaper that published them, and (7) he had discussed the cartoonist and editor from the *Jyllands-Posten* with Headley.  This is not intended to be an exhaustive account of statements that RANA has made, but a summary for purposes of this affidavit.

Lorenzo Benedict
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN
before me this 29 day of October 2009

NAN R. NOLAN
UNITED STATES MAGISTRATE JUDGE